214 So.2d 160

### Robert R. BOUCHER et al.

#### v.

**F. C. DOYAL, Jr., Administrator of the Division of Employment Security of the Department of Labor, State of Louisiana, et al.**

No. 49348.

Oct. 3, 1968.

In re: Mrs. Ethel D. Gueymard, widow of Jules Gueymard applying for certiorari, or writ of review to the Court of Appeal,

First Circuit, Parish of East Baton Rouge. 210 So.2d 75.

Writ refused. The judgment is correct.